# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ELIZABETH ANN KUC,**<br>    Petitioner,<br><br>v.<br><br>**NEELY,**<br>    Respondent. | Case No. 7:22-cv-911-CLM-SGC |

## MEMORANDUM OPINION

The Magistrate Judge has entered a report, recommending the court dismiss this case without prejudice for failure to prosecute. (Doc. 6). The magistrate judge advised the petitioner of her right to object. But the court hasn't received any objections.

After considering the record, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss this case without prejudice for failure to prosecute.

The court will enter a separate final judgment.

**Done** on October 25, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE